Cite as 2020 Ark. 98

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** February 27, 2020

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CHILD SUPPORT

**PER CURIAM**

Honorable Leon Jamison, Circuit Judge of Pine Bluff, is appointed to the Supreme Court Committee on Child Support for the remainder of the Honorable Kenny Johnson's term to expire on November 30, 2020. The Court expresses its gratitude to the longtime member, the Honorable Kenny Johnson of Warren, for his dedicated service to the Committee. The Court extends its appreciation to Judge Jamison for his willingness to serve on this important committee.

Circuit Judge David Clark of Conway is hereby reappointed to the Supreme Court Committee on Child Support for a term to expire on November 30, 2023. Allison Allred, Esq., of North Little Rock, and Traci LaCerra, Esq., of Little Rock, are reappointed to the Supreme Court Committee on Child Support, for terms to expire on November 30, 2023. The Court thanks the appointees for agreeing to serve on this most important Committee.